```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   LAURA VANNOY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 11-0141-GEB |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER** |
| LAURA VANNOY, ) | DATE: September 30, 2011 |
| Defendant. ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through MATT G. MORRIS, Assistant U.S. Attorney, and defendant, LAURA VANNOY, by and through her counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Friday, September 2, 2011, be continued to Friday, September 30, 2011, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, August 29, 2011, through and including the date of the new

status conference hearing, September 30, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: August 29, 2011        Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Matthew M. Scoble
                              MATTHEW M. SCOBLE
                              Assistant Federal Defender
                              Attorney for Defendant
                              LAURA VANNOY


DATED: August 29, 2011        BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Matthew M. Scoble for
                              MATTHEW G. MORRIS
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including September 30, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4. The court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 31, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge