1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 MATTHEW SCOBLE, Bar #237432
Designated Counsel for Service
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
LAURA VANNOY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-11-141-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| LAURA VANNOY, | Date: December 23, 2011 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell Jr. |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for LAURA VANNOY, that the status conference hearing date of December 16, 2011 be vacated, and the matter be set for status conference on December 23, 2011 at 9:00 a.m.

The reason for this continuance is to allow the parties to finalize the plea agreement and afford the defense sufficient time to discuss the plea agreement with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including December 23, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 15, 2011.  Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender


/s/ Matthew Scoble
MATTHEW SCOBLE
Designated Counsel for Service
Attorney for LAURA VANNOY

DATED: December 15, 2011.  BENJAMIN WAGNER
United States Attorney


/s/ Matthew Scoble for
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

**UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is ordered that the December 16, 2011, status conference hearing be continued to December 23, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the

2

December 23, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: December 15, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge