```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00141-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA TO JANUARY 13, 2012, AND EXCLUDING TIME FOR PURPOSES OF THE SPEEDY TRIAL ACT |
| v. | |
| LAURA VANNOY, | |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Matthew Morris and Defendant, Laura Vannoy, by and through her attorney, Matthew Scoble, hereby stipulate as follows:

The parties agree that the change of plea scheduled for January 6, 2012 be continued to January 13, 2012. The parties request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate finding under the Speedy Trial Act:

a) Events unforeseen by the parties have prevented one term of the intended plea agreement from being executed.

b) The parties anticipate that with one week's time the proposed plea agreement can be modified to allow a change of plea to proceed.

1

1     c) The requested continuance is not based on congestion of the
2 Court's calendar, lack of diligent preparation on the part of the
3 attorney for the government or the defense, or failure on the part of
4 the attorney for the government to obtain available witnesses.

5     For purposes of computing the date under the Speedy Trial Act by
6 which defendant's trial must commence, the parties agree that the
7 time period of January 6, 2012, to January 13, 2012, inclusive,
8 should be excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv)
9 and local code T4 because the delay results from a continuance
10 granted by the Court at defendant's request, with the agreement of
11 the government, on the basis of the Court's finding that: (i) the
12 delay will allow defense counsel reasonable time to prepare; and (ii)
13 the ends of justice served by the continuance outweigh the best
14 interest of the public and defendant in a speedy trial.

**IT IS SO STIPULATED.**

```
                              /s/ Matthew Morris
DATED: January 6, 2012        MATTHEW G. MORRIS
                              Assistant United States Attorney


                              /s/ Matthew Scoble, (as authorized 1/5/12)
DATED: January 6, 2012        MATTHEW SCOBLE
                              Assistant Federal Defender
                              Attorney for LAURA VANNOY
```

**ORDER**

**UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is ordered that the January 6, 2012, change of plea be continued to January 13, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny

2

defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the January 13, 2012 change of plea shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: January 6, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge