```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MATTHEW M. SCOBLE, CA Bar #237432
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  LAURA VANNOY

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,      ) No. CR. S-11-0141 GEB
14                                 )
                  Plaintiff,       )
15                                 ) UNOPPOSED MOTION TO MODIFY BOND
         v.                        )
16                                 )
    LAURA VANNOY,                  )
17                                 ) Time:
                  Defendant.       ) Judge: Hon. Kendall J. Newman
18                                 )
    _____)
19
```

LAURA VANNOY, by and through her attorney, MATTHEW M. SCOBLE, Assistant Federal Defender; moves to modify the defendant's conditions of release by STRIKING:

The surety Armand L. Macklin from the defendant's $25,000 unsecured appearance bond, posted 31 March 2011.

In support of this request, the parties submit that the defendant has complied perfectly with all conditions of pre-trial release. The U.S. Pre-Trial Services Office, and the U.S. Attorney's Office have no objection to the proposed modification.

Dated: May 2, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
LAURA VANNOY

The United States of America, through its counsel, MATTHEW MORRIS, has no objection to this request.

Dated: May 1, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew Morris*

MATTHEW MORRIS
Assistant US Attorney

## ORDER

UPON GOOD CAUSE SHOWN, and that there is no objection, it is ordered that surety Armand L. Macklin is stricken from the unsecured bond.

Dated: May 2, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE